MANDATE

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Caption [use short title]

UNITED STATES v. STEVEN ZOERNACK

Docket Number(s): 07-2962-CR

Motion for: DISMISS APPEAL

Set forth below precise, complete statement of relief sought:

APPELLANT MOVES TO DISMISS HIS APPEAL

*UNITED STATES COURT OF APPEALS
FILED
SEP 10 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT*

**MOVING PARTY:**
☐ Plaintiff        ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

**OPPOSING PARTY:**

**MOVING ATTORNEY:** MYLES H. MALMAN
[name of attorney, with firm, address, phone number and e-mail]
MALMAN, MALMAN & ROSENTHAL
3107 STIRLING ROAD
SUITE 101
FORT LAUDERDALE, FL 33312-8000
954-322-0065
Myles@malman.com

**OPPOSING ATTORNEY (Name):** MICHAEL LEVY
[name of attorney, with firm, address, phone number and e-mail]
OFFICE OF THE UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007
212-637-2346
michael.levy@usdoj.gov

Court-Judge/Agency appealed from: UNITED STATES DISTRICT COURT - SDNY - JUDGE SWAIN

**Please check appropriate boxes:**

Has **consent** of opposing counsel:
A. been sought?    ☒ Yes   ☐ No
B. been obtained?   ☒ Yes   ☐ No

Is **oral argument** requested?   ☐ Yes   ☒ No
(requests for oral argument will not necessarily be granted)

Has **argument** date of appeal been set?  ☐ Yes  ☒ No
If yes, enter date

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made **below**?   ☐ Yes   ☐ No

Has this relief been previously sought

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by: _____
Deputy Clerk

Signature of Moving Attorney: _____  Date: 9-7-07

Has service been effected?   ☒ Yes   ☐ No
[Attach proof of service]

### ORDER

**IT IS HEREBY ORDERED THAT** the motion is (GRANTED) DENIED.

*UNITED STATES COURT OF APPEALS
FILED
OCT 23 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT*

Date: OCT 2 3 2007

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

By: _____
Joy Fallek, Administrative Attorney

**Form T-1080** (Revised 10/31/02).

ISSUED AS MANDATE: November 16, 2007